# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| THERESA BROOKE, | Case No.: 1:16-cv-1596-DAD- JLT |
|---|---|
| Plaintiff, | ORDER AFTER NOTICE OF SETTLEMENT |
| v. | (Doc. 10) |
| PICADILLY INN EXPRESS, | |
| Defendant. | |

On November 20, 2016, the plaintiff notified the Court that the parties have settled the action. (Doc. 10) Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed no later than **December 12, 2016**;
2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the imposition of sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated: **November 21, 2016**         /s/ Jennifer L. Thurston
                              UNITED STATES MAGISTRATE JUDGE